## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

NESTOR CHAVEZ,

     Plaintiff,

v.                        No. CIV 00-307 WJ/KBM-ACE

CITY OF ALBUQUERQUE, et al.,

     Defendants.

### MEMORANDUM OPINION AND ORDER DENYING
### DEFENDANT LEHOCKY'S MOTION FOR PARTIAL SUMMARY JUDGMENT IV

THIS MATTER comes before the Court on Defendant Officer Lehocky's Motion for

Partial Summary Judgment No. IV:  Dismissal of Plaintiff's Fourth Amendment Claim that the

Use of a Police Service Dog to Bite a Suspect Constitutes the Use of Deadly Force [Docket No.

71].  In his motion, Officer Lehocky seeks a determination of the Court that the use of a police

service dog to bite Plaintiff was not deadly force.  Plaintiff's response points out that Plaintiff's

Complaint is properly read to state a claim for the use of excessive force; none of the claims is

entitled "Use of Deadly Force."  Plaintiff further states that "Lehocky's attack on a supposed

deadly force claim therefore represents an attack on a phantom."  The Court agrees and finds that

Officer Lehocky's motion seeks to dismiss a claim that has not been made.

IT IS THEREFORE ORDERED that Defendant Lehocky's Motion for Partial Summary

Judgment IV [Docket No. 71] is hereby DENIED.

_____
UNITED STATES DISTRICT JUDGE